FILED
April 22, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

**Return to:**
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

NO. 03-15-00028-CR

| | | |
|---|---|---|
| NAKIA DESHAWN LEWIS, | ) | IN THE COURT OF APPEALS |
| Appellant | ) | |
| | ) | |
| V. | ) | THIRD JUDICIAL DISTRICT |
| | ) | |
| THE STATE OF TEXAS, | ) | |
| Appellee | ) | SITTING AT AUSTIN, TEXAS |

## Pro se Motion for Access to Appellate Record

**To the Honorable Justices of Said Court:**

On April 7, 2015, appellant's appointed counsel filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

NAKIA DESHAWN LEWIS, appellant, moves this court to provide her pro se access to a copy of the appellate record including the clerk's record and the court reporter's record.

Appellant requests an extension of time of 30 days from the date she receives the appellate record to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,

*Nakia DeShawn Lewis*
Nakia Deshawn Lewis, Pro se Appellant

## CERTIFICATE OF SERVICE

This is to certify that on the 17 day of April, 2015, a true and correct copy of the above and foregoing document was served by mail on Ms. Meagan White, Assistant District Attorney, Tom Green County Courthouse, Court Street Annex, 124 West Beauregard, San Angelo, Texas 76903.

*Nakia DeShawn Lewis*
Nakia Deshawn Lewis, Pro se Appellant

RECEIVED
APR 2 2 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Hello Jeffrey

My name is Nakia D. Lewis and I'm mailing this paper to you. But I don't know if I'm I need to write a letter about my case or what because my lawyer really not telling me much besides he wants of my case. So could you please let me know what I need to know about my case. Please! And thankyou

from: Nakia Lewis

RECEIVED
APR 2 2 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

19L4121

Nana Lewis #1844121
Mt. View Unit
2305 Ransom Rd.
Gatesville, Tx 76528

Legal Mail

AUSTIN TX 787
RIO GRANDE DISTRICT
21 APR 2015 PM 3 L

Jeffrey D. Kyle, Clerk
Third Court of Appeals
Post Office Box 12547
Austin, Tx 78711
78711125147